**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **WASHINGTON TAYLOR, LLC** | ) | **Case No. 11 B 16750** |
| | ) | |
| **Debtor.** | ) | **Honorable Susan Pierson Sonderby** |

**NOTICE OF FINAL DATE FOR FILING BALLOTS
AND COMBINED HEARING ON CONFIRMATION OF PLAN OF LIQUIDATION
<u>AND ADEQUACY OF THE AMENDED DISCLOSURE STATEMENT</u>**

NOTICE TO CREDITORS and ALL PARTIES IN INTEREST:

  Please be advised that the Court has set April 5, 2011 as the last day for filing of Ballots and Objections to Chapter 11 Debtor's Plan of Liquidation. Any objections should be filed with the Clerk of the Bankruptcy Court at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 South Dearborn Street, 7th Floor
    Chicago, Illinois 60604

with a copy to:

    David R. Herzog
    HERZOG & SCHWARTZ, P.C.
    77 W. Washington Street, Suite 1717
    Chicago, IL 60602

  Furthermore, the Court has set April 24, 2012 at 10:30 p.m., in Room 642, 219 South Dearborn Street, Chicago, IL for hearing on confirmation on Debtor's Plan of Liquidation, any objections thereto, as well as a hearing on the adequacy of the Amended Disclosure Statement.

  Enclosed herein, please find a copy of the Amended Disclosure Statement, Plan of Liquidation, and Ballot for voting on the Plan.

  If you have any questions, please contact the attorney for the Debtor-in-Possession, David R. Herzog at 312-977-1600.

              By: /s/ David R. Herzog
                 One of his attorneys

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for Debtor
77 West Washington Street, #1717
Chicago, Illinois 60602
(312) 977-1600
ARDC No. 01203681

**SERVICE LIST**

Arnold G. Siegel
20 North Clark Street
Suite 2200
Chicago, IL 60602

Burdette K. Tatum
and Lisa R Taylor
1706 S 6th Avenue
Maywood, IL 60153

ComEd
PO Box 805398
Chicago, IL 60680-5398

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181

Delois Sheppard
810 W Grace #604
Chicago, IL

Diane Walsh
5827 N. Central Avenue
Chicago, IL 60646

First Chicago Bank & Trust
Hauselman, Rappin & Olswang
39 South LaSalle Street
Chicago, IL 60603

Flood Brothers
17W697 Butterfield Road
Suite E
Oakbrook Terrace, IL 60181

Jack H. Rottner
P.O. Box 10417
Chicago, IL 60610

Joan F Wiegand
16556 Harvest Drive
Lemont, IL 60439

Majestic Distributing Co.
1255 Bowes Road
Elgin, IL 60123

Mary Lopez
111 E. Chestnut Street
Chicago, IL 60611

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

NORTHBROOK BANK AND TRUST COMPANY
Hauselman Rappin & Olswang Ltd
39 South LaSalle Street Suite 1105
Chicago, IL 60603

Phyllis Jo Lawson
508 Madison Street
Oak Park, IL 60302

Rayna M Scott
240 Washington Blvd #3B
Oak Park, IL 60302

Rebecca S Coleman
OS535 Kirk Avenue
Elmhurst, IL 60326

Robert Carson
6025 N. Kibourne Avenue
Chicago, IL 60646

Roger A. Benson
Security Lumber
200 East Court Street, Suite 700
P.O. Box 706
Kankakee, IL 60901

Rose Minge
545 N. Central, Unit 1E
Chicago, IL 60644-1533

Ryan M Scott
240 Washington Blvd
Oak Park, IL

Security Lumber & Supply Company
Roger Benson Attorney at Law
200 E Court Street Suite 700
Kankakee, IL 60901

Terry E Coleman
OS535 Kirk Avenue
Elmhurst, IL 60326

The Federal Group
1001 West Culver Road
Knox, IN 46534-0130

Tim Walsh
14517 Sussex Court
Unit P4
Oak Forest, IL 60452

Vikki Douglas
5817 N. Central Avenue
Chicago, IL 60646

Village of Oak Park
123 Madison Street
Oak Park, IL 60302